UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JAMAL JOSEPH HAMED,                          :
                                             :
              Plaintiff,          :
                                             :       Case No. 24-CV-226 (AMD)(JRC)
    - against -                             :
                                             :
CITIBANK N.A.,                               :       **CERTIFICATE OF SERVICE**
                                             :
             Defendant.          :
-------------------------------------------------------------- x

       AMIR TOOSSI, an attorney admitted to practice before this Court, certifies under penalty of perjury, the true copies of Complaint, Civil Cover Sheet and Summons in a Civil Action as to Defendant Citibank N.A. were served on January 11, 2024, via electronic mail to kf77657@citi.com, an email address belonging to Kristen Fiore, Esq., an attorney employed at Defendant Citibank N.A.  I further certify that Ms. Fiore confirmed by email on January 11, 2024 that she would accept service of the above-mentioned documents.

Dated: January 19, 2024

                                                  Respectfully submitted,

                                                  /s/ Amir H. Toossi
                                                  Amir H. Toossi
                                                  Akrivis Law Group PLLC
                                                  747 Third Avenue, 32nd Floor
                                                  New York, NY 10022
                                                  Telephone: (646) 280-6370
                                                  Email: atoossi@akrivislaw.com
                                                  NY State Bar No. 4236071

                                                  *Counsel for Jamal Joseph Hamed*