

**Akrivis Law Group, PLLC**
747 Third Avenue
32nd Floor
New York, New York 10022
+1.646.517.0617
akrivislaw.com

March 8, 2024

<u>Via ECF</u>

The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Hamed v. Citibank, N.A., 24-CV-226</u>

Dear Judge Cho:

  On behalf of Jamal Joseph Hamed, the Plaintiff in the above-referenced matter, I am writing to request rescheduling of the initial conference in this matter. On March 4, 2024, Your Honor issued a minute order setting an in person initial conference for April 16, 2024. However, I am scheduled to be travelling internationally on business between April 16, 2024 and April 21, 2024. I have conferred with opposing counsel, who has no objection to this request.

  Having conferred with opposing counsel with respect to potential dates, both parties are available for the initial conference on April 12, April 15 and April 22, with no preference as to the time of the conference. Accordingly, I respectfully request that the Court reschedule the initial conference to one of those days.

             Respectfully submitted,

              /s/ Amir Toossi
             Amir H. Toossi

CC: Sam Rubin, Esq. (by ECF)